MEMORANDUM OPINION

 

No. 04-10-00871-CR

 

Steve Dominguez,

Appellant

 

v.

 

The State of Texas,

Appellee

 

From the 186th
Judicial District Court, Bexar County, Texas

Trial Court No. 2008CR6504

Honorable Maria
Teresa Herr, Judge Presiding

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Karen
Angelini, Justice

                     Sandee
Bryan Marion, Justice

 

Delivered and
Filed:  February 2, 2011

 

DISMISSED

 

           Appellant has filed a
motion to dismiss his appeal.  The motion is granted, and this appeal is
dismissed.  See Tex. R. App. P.
42.2(a).

PER
CURIAM

DO NOT PUBLISH